UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4327-GW-JCx | Date | November 21, 2022 |
|---|---|---|---|
| Title | *The Estate of Chi Modu v. Universal Music Group, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 18, 2022, Defendant Universal Music Group, Inc. filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for December 22, 2022 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on December 21, 2022.

                                                                                                   :

Initials of Preparer     JG